IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE HOUSEKNECHT,<br>        Plaintiff<br><br>vs.<br><br>CANDICE GETTINS; JACK LOUGHRY;<br>DAVID WAKEFIELD; SHARON BURKS,<br>D. FETTER; JAMES TROUTMAN,<br>        Defendants | Civil Action No. 07-256<br>Judge Gary L. Lancaster/<br>Magistrate Judge Amy Reynolds Hay |

## MEMORANDUM ORDER

AND NOW, this 15 day of January 2009, after the Plaintiff, Jamie Houseknecht, filed an action in the above-captioned case, and after a Motion to Dismiss was filed by the Defendant, James Troutman, and after a Motion for Summary Judgment was filed on behalf of each of the remaining Defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge recommending that these Motions be granted, and after giving the Plaintiff an extension until December 31, 2008 to file written objections thereto, and no objections having been filed to the Report and Recommendation, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendant Troutman's motion to dismiss [Dkt. 63] is granted.

IT IS FURTHER ORDERED that the remaining Defendants' motion for summary judgment [Dkt. 56] is granted.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

_____
GARY L. LANCASTER
United States District Judge

cc: Jamie Houseknecht
GB-3811
S.C.I. Graterford
P.O. Box 246, Route 29
Graterford, PA 19426

Counsel of Record via CM-ECF